MILTON L'ECLUSE, Appellant, v. W. GOULD BROKAW, Respondent.— Order

setting aside verdict and granting a new trial unless plaintiff stipulated that the verdict of the jury be reduced from $7,500 to $2,500 reversed on the law and the facts, and the verdict of the jury in favor of the plaintiff for $7,500 unanimously reinstated, with costs.   There was nothing inherently improbable in the testimony of the plaintiff.   The amended contract having been broken by defendant, the plaintiff could sue on *quantum meruit.*   Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.